KURT A. WIEDENHAUPT, Respondent, v PAUL F. HOGAN, JR., Appellant. (Appeal No. 3.) [932 NYS2d 754]—

Same memorandum as in *Wiedenhaupt v Hogan* (89 AD3d 1525 [2011]). Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.